1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10  LYRALISA LAVENA STEVENS,
11          Plaintiff,                    No. CIV S-10-0914 GGH P
12      vs.
13  ATTORNEY GENERAL OF THE
    STATE OF CALIFORNIA,
14
            Defendants.            ORDER
15  _____/
16          Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action
17  filed pursuant to 42 U.S.C. § 1983.  By order filed June 10, 2010, plaintiff's complaint was
18  dismissed with leave to file an amended complaint. (Doc. #5.)  Instead of filing an amended
19  complaint, plaintiff has filed a motion seeking a stay of the action pending litigation of her claims
20  in the Court of Appeal, First Appellate District. (Doc. # 7.)
21          Plaintiff's motion is brought prematurely.   The undersigned hereby grants
22  plaintiff an additional twenty-eight days from the date of this Order to file an amended
23  complaint.  If this court finds plaintiff's amended complaint to state a colorable claim pursuant to
24  42 U.S.C. § 1983, plaintiff may then seek a stay of the action pending her state court litigation.
25  \\\\\
26  \\\\\

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff is granted an extension of time to file an amended complaint within twenty-eight days from the date of service of this order. Failure to file an amended complaint will result in a recommendation that the action be dismissed.

2. The inapposite motion for a stay of abeyance (Doc. #8) is vacated without prejudice.

DATED: August 24, 2010

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:014
stev0914.eot