IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LYRALISA LAVENA STEVENS,

      Plaintiff,                     No. CIV S-10-0914 GGH P

      vs.

ATTORNEY GENERAL OF THE STATES OF CALIFORNIA,

      Defendants.                <u>ORDER</u>

                            /

         On May 7, 2010, plaintiff filed a consent to the jurisdiction of the undersigned (docket # 4). By order filed June 1, 2010, the court granted plaintiff twenty-eight days to file an amended complaint. In the June 1st order, the court informed plaintiff of the deficiencies in his complaint. On August 24, 2010, plaintiff was granted an additional twenty-eights days to file an amended complaint. The twenty-eight day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

\\\\\
\\\\\
\\\\\
\\\\\

1

1         For the reasons given in the June 1, 2010, order, IT IS HEREBY ORDERED that this action be dismissed with prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: October 28, 2010

                                      /s/ Gregory G. Hollows

                                GREGORY G. HOLLOWS
                                UNITED STATES MAGISTRATE JUDGE

GGH:035
stev0914.fta